## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**APRIL LYNN D. HARDY**                    **CIVIL ACTION**

**VERSUS**                                            **NO. 14-2425**

**UNITED STATES OF AMERICA**           **SECTION "S" (3)**

### REPORT AND RECOMMENDATION

On October 20, 2014, plaintiff April Lynn D. Hardy filed her complaint against defendant United States of America.  Hardy did not pay the filing fee, nor did she submit an application to proceed *in forma pauperis*.  The Clerk of Court's office marked the complaint deficient on October 23, 2014, notifying Hardy that she needed to pay the filing fee or submit a pauper application.  In addition, the Clerk informed Hardy that she had styled her complaint as a criminal action when it is a civil action.  Hardy needed to remedy the deficiencies to her complaint by November 13, 2014.

Hardy did nothing.  On November 25, 2014, this Court set a call docket on December 17, 2014.  In the order, the Court informed Hardy that she "must appear IN PERSON and report on the status of the case and show cause why the filing fee has not been paid and/or why an application to proceed *in forma pauperis* has not been submitted, why plaintiff failed to respond to the Court's deficiency notice, and why service has not been completed and/or why this matter should not be dismissed for failure to prosecute."  [Doc. #3].  Hardy failed to appear at the hearing and offered no explanation for any of her failures.  Accordingly,

**IT IS RECOMMENDED** that the complaint of April Lynn D. Hardy against the United States of America be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**